James Long 68216-018
Federal Correctional Complex
Coleman Camp F-1
P.O. Box 1027
Coleman, FL 33521



The Clerk of the Court
George C. Young Federal Annex Court House
401 West Central Blvd., Room 1-200
Orlando, FL 32801

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# PRIORITY MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE





RDC 05

32801

U.S. POSTAGE
PM
MELBOURNE
32940
JUN 20 23
AMOUNT

$13.
R2304Y12313

For international shipments, the maximum weight is 4 lbs.

EP14H July 2022 Outer Dimension: 10 x 5



# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

EP14H July 2022
OD: 10 x 5

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS00001000064

EP14H © U.S. Postal Service; July 2022; All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.