UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES LONG,

        Petitioner,

v.                                 Case No:  6:23-cv-1166-RBD-RMN
                                        (6:16-cr-180-RBD-RMN)

UNITED STATES OF AMERICA,

        Respondent.
_____/

## ORDER

This cause is before the Court on Petitioner's Motion for a Certificate of Appealability (Doc. 7) and Motion for Leave to Proceed *In Forma Pauperis* on Appeal (Doc. 8). Upon consideration, it is **ORDERED** as follows:

1. Petitioner's Motion for a Certificate of Appealability (Doc. 7) is **DENIED**. This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

2. Petitioner's Motion for Leave to Proceed *In Forma Pauperis* on Appeal (Doc. 8) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to

make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the appellate filing fee as required by 28 U.S.C. § 1915(a).

**DONE** and **ORDERED** in Orlando, Florida on August 7, 2023.

Copies furnished to:

Unrepresented Party

ROY B. DALTON, JR.
United States District Judge